PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Omar Reeds                                  Cr.: 07-00683-001
                                                              PACTS #: 49554

Name of Sentencing Judicial Officer:   THE HONORABLE STANLEY R. CHESLER
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/25/2008

Original Offense: 18:922G.F; UNLAWFUL TRANSPORT OF FIREARMS - ETC.

Original Sentence: 110 months imprisonment, 24 months supervised release

Special Conditions: Special Assessment, DNA testing

Type of Supervision: Supervised Release               Date Supervision Commenced: 08/03/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On February 21, 2016, the offender was arrested by members of the Newark Police Department for alleged possession of a controlled dangerous substance (i.e. one vial of cocaine). On February 24, 2016, the charges were downgraded to loitering for purpose- use, possess, or sell a controlled substance. Reeds' is scheduled to appear in Newark Municipal Court on March 11, 2016. |

U.S. Probation Officer Action:
   While the probation office is discouraged by Reeds' actions, we are requesting an opportunity to address his noncompliance internally. The Probation Office will intensify supervision efforts to include increased office reporting and community contact with the offender. This office is recommending withholding Court action until there is a resolution.

Respectfully submitted,

By: Jamel H. Rucks-Dorsey
U.S. Probation Officer
Date: 03/03/2016

Prob 12A – page 2
Omar Reeds

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

3/7/16
_____
Date

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

THOMAS C. MILLER
SR. DEPUTY CHIEF PROBATION OFFICER

BETH L. NEUGASS
DEPUTY CHIEF PROBATION OFFICER

March 4, 2016

U.S. COURTHOUSE
50 WALNUT ST.
ROOM 1001
NEWARK, NJ 07102
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Stanley R. Chesler
Senior United States District Judge
Martin Luther King Jr. Federal Building & Courthouse
PO Box 0999
Newark, New Jersey 07102-0999

        RE:    REEDS, Omar
                Dkt. No. 07-00683-001
                <u>Notice of Noncompliance-Request for Written Reprimand</u>

Dear Judge Chesler:

On November 25, 2008, Your Honor sentenced the above-named offender to 110 months imprisonment followed by two years of supervised release for unlawful possession of a weapon by a convicted felon. The offender was also ordered to pay a $100 special assessment, and abide by the standard conditions of supervised release. On August 3, 2015, the offender began his term of supervision.

As detailed in the attached petition, Reeds is considered to be in noncompliance with the conditions of supervision. If Your Honor agrees with our position and plan for addressing the noncompliance, please sign the petition as a formal written reprimand issued by the Court. If Your Honor wishes to discuss this matter, or order an alternative course of action, please contact the undersigned officer at 973-885-3968.

                                              Respectfully submitted,

                                              WILFREDO TORRES, Chief
                                              U.S. Probation Officer
                                          By: Jamel H. Dorsey
                                              U.S. Probation Officer

jhd/
Attachment